```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0234--CV (JWS)
                "CNA INSURANCE CO V CRAIG LIGHTLE"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 09/30/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (110) Insurance

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 09/30/04 receipt # 00124102
         Trial by: Court
```

Parties of Record:                                Counsel of Record:

PLF 1.1            CNA INSURANCE CO               Matthew K. Peterson
                                                  Clapp Peterson et al
                                                  711 H Street, Suite 620
                                                  Anchorage, AK 99501-3454
                                                  907-272-9272
                                                  FAX 907-272-9586

DEF 1.1            LIGHTLE, CRAIG                 Hugh G. Wade
                                                  Wade Kelly et al
                                                  733 W. 4th Avenue, Suite 200
                                                  Anchorage, AK 99501
                                                  907-561-7743
                                                  FAX 907-562-8977

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0234--CV (JWS)
                             "CNA INSURANCE CO V CRAIG LIGHTLE"

                                   For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/30/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 09/30/04 receipt # 00124102
          Trial by: Court


Document #   Filed     Docket text

     1 -  1  09/30/04  Complaint w/att exhs filed; Summons issued.

     2 -  1  10/05/04  PLF 1 Return of Service Executed on 10/04/04.

     3 -  1  10/22/04  DEF 1 Answer and Counterclaim.

     4 -  1  10/28/04  JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 28 days from svc of this ord. cc: cnsl

     5 -  1  11/15/04  PLF 1 Answer to Counterclaim.

     6 -  1  11/24/04  PLF 1; DEF 1 Scheduling & Planning Conference Report.

     7 -  1  12/03/04  JWS Minute Order granting req for conf @ dkt 6; S&P conf set 12/10/04 @
                       9:00 a.m.. cc: cnsl

     8 -  1  12/13/04  JWS Court Minutes [ECR: Caroline Edmiston] re: planning & scheduling
                       conf held 12/10/04; mot to join Longacre or notice of no mot due
                       1/14/05; disc closes 6/20/05; disp mots due 30 days from close of disc.
                       cc: cnsl

     9 -  1  12/13/04  JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                       06/20/05; Dispositive mots ddln 07/20/05; 2 day TBC estimate; def to
                       file mot to join Longacre or notice of no mot by 1/14/05. cc: cnsl

    10 -  1  12/28/04  PLF 1 motion for summary judgment w/att memo & exhs.

    11 -  1  01/14/05  DEF 1 opposition to PLF 1 motion for summary judgment (10-1).

    11 -  2  01/14/05  DEF 1 motion (application) for continuance for discovery to be had &
                       disposition of the motion to join R. Longacre as a party.

    12 -  1  01/14/05  DEF 1 motion to join Roy L. Longacre as a party to this action.

    13 -  1  01/26/05  PLF 1; DEF 1 Stipulation for extension of time (to 1/28/05) to file
                       reply to mot for sj.
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0234--CV (JWS)
                              "CNA INSURANCE CO V CRAIG LIGHTLE"

                                    For all filing dates


Document #    Filed      Docket text

    13 -  2   01/27/05   Order granting stipulation for extension of time (to 1/28/05) to file
                         reply (13-1).  cc: cnsl

    14 -  1   01/31/05   PLF 1 reply to opposition to PLF 1 motion for summary judgment (10-1).

    15 -  1   02/01/05   PLF 1 opposition to DEF 1 motion to join Roy L. Longacre as a party to
                         this action (12-1).

    16 -  1   04/04/05   JWS Order denying mot (appl) for continuance for disc to be had (11-2);
                         granting mot to join Roy L. Longacre as a party to this action (12-1) on
                         condition that w/i 10 business days deft to file aff/properly
                         authenticated assignment docs & w/i 5 business days join Longacre or mot
                         at dkt 12 denied; granting/denying mot for sj (10-1). cc: cnsl

    17 -  1   05/03/05   Stipulation for ext of crt ddlns; disc to close 8/15/05.

    18 -  1   05/05/05   JWS Order approving stip; disc to close 8/15/05 (17-1). cc: cnsl

    19 -  1   10/11/05   JWS Order re: certification of readiness for trial; parties to certify
                         or file a report within 15 days from the date of this order. cc:cnsl

    20 -  1   11/01/05   JWS Minute Order that certification of readiness for trial not fld; cnsl
                         to file required rpt w/i 15 days from date of this ord. cc: cnsl

    21 -  1   11/16/05   PLF 1 Status Report re: Certification of Readiness for Trial.

    22 -  1   11/23/05   JWS Minute Order that updated stat rpt due 12/16/05. cc: cnsl
```