## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

|  CNA INSURANCE CO.  | v. |  CRAIG LIGHTLE  |

THE HONORABLE JOHN W. SEDWICK    CASE NO.  3:04-cv-00234-JWS

Deputy Clerk                     Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

On December 16, 2005, the parties advised the court that this case would likely soon be settled. Nothing further has been filed. Unless closing papers are sooner filed, not later than May 15, 2006, the parties shall show good cause why the court should not dismiss this case without prejudice.

DATE: April 14, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

[FORMS*IA*]