Matthew K. Peterson, Esq
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9272
Fax: (907) 272-9586
Email: usdc-anch-ntc@cplawak.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CNA INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>CRAIG LIGHTLE,<br><br>        Defendant. | Case No. A04-234 CIV (JWS) |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, CNA Insurance Company, by and through its counsel of record, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, and Defendant Craig Lightle, by and through his counsel, Kelly & Sullivan, hereby stipulate and agree that the above captioned matter be dismissed without prejudice, each party to bear its own costs and attorneys fees.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Plaintiff

5-15-06
Date

By: _____
Matthew K. Peterson, #8006038

KELLY & SULLIVAN,
Attorneys for Defendant

5-15-06
Date

By: _____
Hugh G. Wade, #6002008