Matthew K. Peterson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9272
Fax: (907) 272-9586
Email: usdc-anch-ntc@cplawak.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CNA INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>CRAIG LIGHTLE,<br><br>            Defendant. | Case No. A04-234 CIV (JWS) |

## ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

**IT IS ORDERED:** Pursuant to the Stipulation for Dismissal Without Prejudice filed by the parties, the above captioned matter is DISMISSED WITHOUT PREJUDICE.

DATED at Anchorage, Alaska, this ___ day of May, 2006.

By_____
John W. Sedwick
U.S. District Court Judge

## Certificate of Service

I hereby certify that on May 15, 2006, a copy of the foregoing document was served electronically on Hugh G. Wade.

<u>s/Matthew K. Peterson</u>

Case 3:04-cv-00234-JWS    Document 26    Filed 05/15/2006    Page 3 of 3