Matthew K. Peterson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9272
Fax: (907) 272-9586
Email: usdc-anch-ntc@cplawak.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CNA INSURANCE COMPANY,

    Plaintiff,

vs.

CRAIG LIGHTLE,

    Defendant.

Case No. A04-234 CIV (JWS)

## ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS ORDERED: Pursuant to the Stipulation for Dismissal Without Prejudice filed by the parties, the above captioned matter is DISMISSED WITHOUT PREJUDICE.

DATED at Anchorage, Alaska, this 5th day of June, 2006

By: REDACTED SIGNATURE
John W. Sedwick
U.S. District Court Judge

Order
CNA v. Lightle, Case No. A04-234 CV (JWS)
Page 1 of 2